IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA       :
                               :
          v.                   :     1:09CR125 1
                               :
JOSE PEREZ MALDONADO           :

The Grand Jury charges:

COUNT ONE

On or about January 23, 2009, in the County of Moore, in the Middle District of North Carolina, JOSE PEREZ MALDONADO willfully, knowingly and intentionally did unlawfully distribute 63.3 grams (net weight) of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

COUNT TWO

On or about January 23, 2009, in the County of Moore, in the Middle District of North Carolina, JOSE PEREZ MALDONADO willfully, knowingly and intentionally did unlawfully possess with intent to distribute 17.2 grams (net weight) of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II, controlled substance within the meaning of Title 21,

United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
CLIFTON T. BARRETT
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CRIMINAL DIVISION

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY