## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | 1:09cr125-1 |
| | ) | |
| Jose Perez Maldonado, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Jose Perez Maldonado, the defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action.

May 17, 2010.

Bryan Gates
Attorney
State Bar #21000
102 W. 3rd St. Suite 475
Winston-Salem, NC 27101
(336) 724-0082

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the registered CM/ECF users. I also certify that all parties are registered CM/ECF users.

Bryan Gates
Attorney
State Bar #21000
102 W. 3rd St. Suite 475
Winston-Salem, NC 27101
(336) 724-0082